UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC, d/b/a Mr. Cooper

**Order Filed on September 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-10466-ABA

Adv. No.:

Hearing Date: 8/21/2018 @ 2:00 p.m.

Judge: Andrew B. Altenburg, Jr.

In Re:
    Eileen Adams,

Debtor.

# ORDER GRANTING LIMITED RELIEF FROM STAY & ADJOURNING HEARING TO OCTOBER 2, 2018

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: EILEEN ADAMS
Case No: 18-10466-ABA
Caption of Order: ORDER GRANTING LIMTIED RELIEF FROM STAY & ADJOURNING HEARING TO OCTOBER 2, 2018

___

This matter having been brought before the Court by Secured Creditor Nationstar Mortgage LLC, d/b/a Mr. Cooper, Denise Carlon, Esquire appearing, and by Debtor Eileen Adams, David Kasen, Esquire appearing, upon a motion to expunge the proof of claim of Nationstar Mortgage, LLC, d/b/a Mr. Cooper, as to real property known as 32 Timberline Drive, Voorhees, NJ 08043, and this Court having considered the representations of attorneys for Debtor and Secure Creditor, and it appearing that notice of said motion was properly served upon all parties concerned, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that hearing on the motions to vacate the automatic stay and the motion to expunge the proof of claim is hereby adjourned to October 2, 2018 at 2:00 p.m; and

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 32 Timberline Drive, Voorhees, NJ 08043, is hereby vacated for the limited and express purposes of:

- Allowing the Debtor to file a motion to vacate the final judgment, and any appropriate reply or response(s);
- Allowing Secured Creditor to file an appropriate response(s);
- Allowing the State Court to decide the motion; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall file her motion to vacate final judgment in the state court matter no later than September 26, 2018;

It is further **ORDERED, ADJUDGED and DECREED** that if the motion to vacate final judgment is filed prior on or before September 26, 2018, the parties shall agree to a further adjournment of the October 2, 2018 hearing date to a date after the return date of the motion in state court; and

It is further **ORDERED, ADJUDGED and DECREED** that the parties reserve all rights;

It is further **ORDERED, ADJUDGED and DECREED** that the 14-day stay under Rule 4001 is hereby waived and this Order shall have immediate effect.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10466-ABA
Eileen T Adams                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Sep 06, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
db              +Eileen T Adams,    PO Box 2,    Voorhees, NJ 08043-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              David A. Kasen    on behalf of Debtor Eileen T Adams dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8