UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID A. KASEN, ESQUIRE (DK1778)
KASEN & KASEN
1874 E. Marlton Pike, Suite 3
Cherry Hill, New Jersey 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Email: dkasen@kasenlaw.com
Attorneys for Debtor

In Re:

EILEEN T. ADAMS,

        Debtor.

Case No.: __18-10466/ABA__

Chapter: 13

Hearing Date: __1/2/19 at 2:00 pm__

Judge: __Altenburg__

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __David A. Kasen__ ,

   ☒ am the attorney for: __Eileen T. Adams, debtor__

   ☐ am self-represented

   Phone number: __856-424-4144__

   Email address: __dkasen@kasenlaw.com__

2. I request an adjournment of the following hearing:

   Matter: __Debtor's Motion to Object to Claim No. 2__

   Current hearing date and time: __1/2/19 at 2:00 p.m.__

   New date requested: __1/23/19 at 2:00 p.m.__

   Reason for adjournment request: __Court directed debtor to file Motion to Vacate state court foreclosure judgment; Motion was denied but Motion for Reconsideration was filed by debtor and is returnable on 1/11/19.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below): <u>Attorney for Nationstar Mortgage has indicated that she would not consent to an adjournment of debtor's Motion to Object to Claim No. 2.</u>

   _____

I certify under penalty of perjury that the foregoing is true.

Date: <u>December 26, 2018</u>          <u>/s/ David A. Kasen</u>
                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted           New hearing date: _____   ☐ Peremptory

☒ Granted over objection(s)   New hearing date: <u>1/22/19 at 2 pm</u>   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2