UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DAVID A. KASEN, ESQUIRE (DK1778)
KASEN & KASEN
1874 E. Marlton Pike, Suite 3
Cherry Hill, New Jersey 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Email: dkasen@kasenlaw.com
Attorneys for Debtor

In Re:

EILEEN T. ADAMS,

    Debtor.

Case No.:    18-10466/ABA

Chapter:    13

Hearing Date:    1/2/19 at 2:00 pm

Judge:    Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, David A. Kasen,

   ☒ am the attorney for: Eileen T. Adams, debtor

   ☐ am self-represented

   Phone number: 856-424-4144

   Email address: dkasen@kasenlaw.com

2. I request an adjournment of the following hearing:

   Matter: Nationstar's Motion for Relief from Stay

   Current hearing date and time: 1/2/19 at 2:00 p.m.

   New date requested: 1/23/19 at 2:00 p.m.

   Reason for adjournment request: Court directed debtor to file Motion to Vacate state court foreclosure judgment; motion was denied but Motion for Reconsideration was filed by debtor and is returnable on 1/11/19.

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below): <u>Attorney for Nationstar Mortgage has indicated that she would not consent to an adjournment of Nationstar's Motion for Relief from Stay.</u>

I certify under penalty of perjury that the foregoing is true.

Date: <u>December 26, 2018</u>                  <u>/s/ David A. Kasen</u>
                                                      Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☐ Granted    New hearing date: _____    ☐ Peremptory

☒ Granted over objection(s)  New hearing date: <u>1/22/19 at 2 pm</u>    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**