

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
DAVID A. KASEN, ESQUIRE (ID#DK1778)
KASEN & KASEN
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ   08003
Telephone (856) 424-4144
Fax  (856) 424-7565
Attorneys for Debtor

**Order Filed on January 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EILEEN T. ADAMS,

            Debtor.

Case No.: 18-10466/ABA
            1/22/19
Hearing Date: ~~7/24/18~~ at 2:00 p.m.

Judge: Altenburg

DENYING
ORDER ~~GRANTING~~ MOTION TO EXPUNGE CLAIM NO. 2 FILED BY
NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.: 18-10466/ABA
Debtor: Eileen T. Adams
Caption of Order: ORDER ~~GRANTING~~ DENYING MOTION TO EXPUNGE CLAIM NO. 2 FILED BY NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER

---

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-named debtor, pursuant to a Motion to Expunge Claim No. 2 Filed by Nationstar Mortgage LLC, d/b/a Mr. Cooper, and the Court having reviewed the documents on file and having heard the arguments of counsel, and for the reasons set forth orally on the record and for good cause shown;

IT IS HEREBY ORDERED that the Motion is DENIED. ~~Claim No. 2 filed by Nationstar Mortgage LLC, d/b/a Mr. Cooper is expunged~~.