UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Nationstar Mortgage LLC d/b/a Mr. Cooper

**Order Filed on January 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:   <u>18-10466 ABA</u>

Chapter: <u>13</u>

Hearing Date: <u>6/5/18</u>

Judge:  Andrew B. Altenburg Jr.

In Re:

Adams, Eileen T.

Tierney, John J. II

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Nationstar Mortgage LLC d/b/a Mr. Cooper</u>, under
Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain
property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as Lot , Block ,   32 Timberline Dr, Voorhees
NJ 08043**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies
including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially
pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,
short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's
Sale (or purchaser's assignee) may take any legal action for enforcement of its right to
possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10466-ABA
Eileen T Adams                                                                  Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jan 22, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db            +Eileen T Adams,    PO Box 2,    Voorhees, NJ 08043-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
            Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
             NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
            David A. Kasen    on behalf of Debtor Eileen T Adams dkasen@kasenlaw.com
            Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Melissa S DiCerbo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
             nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
            Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
             rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8