UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
DAVID A. KASEN, ESQUIRE (ID#DK1778)
KASEN & KASEN
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Attorneys for Debtor

**Order Filed on January 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EILEEN T. ADAMS,

                Debtor.

Case No.: 18-10466/ABA
1/22/19
Hearing Date: ~~7/24/18~~ at 2:00 p.m.

Judge: Altenburg

<u>ORDER ~~GRANTING~~ DENYING MOTION TO EXPUNGE CLAIM NO. 2 FILED BY NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER</u>

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:       18-10466/ABA
Debtor:         Eileen T. Adams
Caption of Order: ORDER ~~GRANTING~~ DENYING MOTION TO EXPUNGE CLAIM NO. 2 FILED BY NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER

_____

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-named debtor, pursuant to a Motion to Expunge Claim No. 2 Filed by Nationstar Mortgage LLC, d/b/a Mr. Cooper, and the Court having reviewed the documents on file and having heard the arguments of counsel, and ~~for good cause shown~~ for the reasons set forth orally on the record and for good cause shown; the Motion is DENIED.

IT IS HEREBY ORDERED that ~~Claim No. 2 filed by Nationstar Mortgage LLC, d/b/a Mr. Cooper is expunged~~.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10466-ABA
Eileen T Adams                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1           Date Rcvd: Jan 23, 2019
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             +Eileen T Adams,    PO Box 2,    Voorhees, NJ 08043-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      David A. Kasen    on behalf of Debtor Eileen T Adams dkasen@kasenlaw.com
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Melissa S DiCerbo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 8