Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.:  18−10466−ABA
                                Chapter:  13
                                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eileen T Adams
    PO Box 2
    Voorhees, NJ 08043

Social Security No.:
    xxx−xx−7163

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 29, 2019
JAN: bc

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-10466-ABA
Eileen T Adams                                                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 1                    Date Rcvd: Jan 29, 2019
                              Form ID: 148                   Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.
```
db             +Eileen T Adams,    PO Box 2,    Voorhees, NJ 08043-0002
517268405      +Apex Asset Management, LLC,     2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
517268406      +CCMUA,    1645 Ferry Ave.,    Camden, NJ 08104-1360
517268407      +Everbank,    c/o Mr. Cooper,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
517268408      +Institute for Dermatopathology,     P.O. Box 740978,    Cincinnati, OH 45274-0978
517268409       McCabe, Weisberg & Conway, P.C.,     216 Haddon Ave.,    Westmont, NJ 08108
517399925      +Nationstar Mortgage LLC d/b/a Mr. Cooper,      PO Box 619096,    Dallas, TX 75261-9096
517268410      +Regional Women's Health Group, LLC,      P.O. Box 536,    Voorhees, NJ 08043-0536
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 23:21:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 23:21:30      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              David A. Kasen    on behalf of Debtor Eileen T Adams dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```